IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00802-WDM-MJW

JAMES E. JACKSON,

    Plaintiff,

v.

BNSF RAILWAY COMPANY, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's Mtoion for a More Definite Statement filed May 5, 2006, is denied.

Dated:  December 15, 2006

                                        s/ Jane Trexler, Judicial Assistant