IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:06-cv-00802-WDM-MJW

JAMES E. JACKSON,

       Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware corporation,
f/k/a BURLINGTON NORTHERN AND SANTA FE RAILWAY,

       Defendant.

---

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER ISSUED JUNE 30, 2006**
( Docket No. 20 )

---

THIS MATTER, having come before the Court on the parties Joint Motion to Amend Scheduling Order Issued June 30, 2006; and the Court having reviewed the file and being otherwise fully advised in the premises,

HEREBY GRANTS said Joint Motion and the Court will issue an Amended Scheduling Order.

DONE this 22nd day of January, 2007.

BY THE COURT:

_____
~~United States Magistrate Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

1