IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00802-WDM-MJW

JAMES E. JACKSON,

Plaintiff(s),

v.

BNSF RAILWAY COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant's Motion for Leave to File Third Party Complaint Pursuant to F.R.C.P. [sic] 14(a) (docket no. 30) is DENIED WITHOUT PREJUDICE. Defendant has failed to comply with D.C.COLO.LCivR 7.1.

Date: April 9, 2007