IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00802-WDM-MJW

JAMES E. JACKSON,

    Plaintiff,

v.

BNSF RAILWAY COMPANY, et al.,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion for order (doc. no. 39) is stricken for failure to comply with D.C.COLO.LCivR 10.1E.

Dated:  May 15, 2007

                                    s/ Jane Trexler, Judicial Assistant