# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**  06-cv-00802-WDM-MJW              FTR

**Date:**  May 16, 2007                                Shelley Moore, Deputy Clerk

JAMES E. JACKSON,                                      Douglas A. Rossi

          Plaintiff(s),

v.

BNSF RAILWAY COMPANY,                                  Lance G. Eberhart (via telephone)

          Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**

**Court in Session 1:34 p.m.**

Court calls case.  Appearances of counsel.

1:36 p.m.       Mr. Eberhart presents argument on Defendant's Motion for Leave to File Third Party Complaint.

1:39 p.m.       Mr. Rossi presents responsive argument.

Defendant has no rebuttal argument.  The Court questions Defendant about the motion.

**ORDERED:**   Defendant's Motion for Leave to File Third Party Complaint Pursuant to F.R.C.P. 14(a) Motion (document 33) is **DENIED** for the reasons outlined on the record.

1:53 p.m.       Mr. Eberhart present argument on Defendant's Stipulated Motion for Extension of Time to File Rebuttal Expert Disclosures and to Conduct Expert Depositions.

1:55 p.m.       Mr. Rossi presents responsive argument.

1:56 p.m.       Mr. Eberhart presents rebuttal argument.

**ORDERED:**   Defendant's Stipulated Motion for Extension of Time to File Rebuttal Expert Disclosures and to Conduct Expert Depositions (document 35) is **GRANTED** as follows.  Rebuttal expert disclosures shall be made by July 2, 2007.  The deadline to complete expert depositions, only, is July 27, 2007.  The Final Pretrial Conference remains set on August 2, 2007, at 8:30 a.m.  The proposed

        Final Pretrial Order is now due by July 30, 2007.

**ORDERED:**    Defendant shall respond to Plaintiff's Motion for Order to Permitting Entry Upon Defendant's Land and Property to Exercise Plaintiff's Rights Under Fed. R. Civ. P. 26 and 34 (document 41) by May 23, 2007.

**Court in recess 2:06 p.m.**
Total In-Court Time 0:36, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.