IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-00802-WDM-MJW

JAMES E. JACKSON,

        Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware
Corporation, f/k/a/ BURLINGTON NORTHERN
AND SANTA FE RAILWAY COMPANY, a
Delaware corporation,

        Defendant.

---

## ~~PROPOSED~~ ORDER RE: MOTION TO WITHDRAW
(Docket No 62)

THIS MATTER, having come before the Court on the Defendant's Motion to Withdraw its Motion to its Motion for Determination of Reasonableness of Fees of Plaintiff's Endorsed Expert Eckhardt Johanning Pursuant to Fed. R. Civ.P. 26.

The Court having reviewed the same and being otherwise fully advised in the premises hereby GRANTS the Joint Motion.

                                                  BY THE COURT:

                                                  _[signature]_
                                                  United States Magistrate Judge