IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00802-WDM-MJW

JAMES E. JACKSON,

Plaintiff,

v.

BNSF RAILWAY COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Joint Motion to Vacate and Reschedule Pretrial Conference and Motion for Extension of Time Out of Time to Complete Discovery (Docket No. 67) is granted to the extent that the Final Pretrial Conference set for September 27, 2007, at 8:30 a.m. is vacated and reset to October 19, 2007, at 9:30 a.m.  The proposed Final Pretrial Order is due on or before October 12, 2007.  The court notes that although the caption of this motion includes the language "Motion for Extension of Time Out of Time to Complete Discovery," no such relief was sought in the body of the motion, and the proposed order submitted with this motion merely concerned a conference in March 2007.  Therefore, to the extent the motion seeks an extension of the discovery deadline, that motion is denied without prejudice.

Date: September 20, 2007